IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THOMAS HEILMAN,             No. C 10-1748 WHA (PR)

    Plaintiff,             **ORDER OF TRANSFER**

  v.

L. SANCHEZ,

    Defendant.
                                      /

        This is a civil rights case brought pro se by a state prisoner. The action was originally filed in state court, claiming the violation of state and federal law, and defendant removed the action to this court pursuant to 28 U.S.C. 1441(b).

        The acts complained of occurred at the California Medical Facility, in Vacaville, California, which lies within the venue of the United States District Court for the Eastern District of California. The defendant is to be found in that district as well. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. 1391(b).

        This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. 1406(a).

        **IT IS SO ORDERED.**

Dated: April   29  , 2010.

                                           WILLIAM ALSUP
                                           UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.10\HEILMAN1748.TRN.wpd