UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOHN HEILMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>L. SANCHEZ,<br><br>　　　　　Defendant. | No. 2:10-cv-01120 JAM DAD P<br><br><br>ORDER |

In light of the motions recently filed by plaintiff (see ECF Nos. 40, 41), the court vacates the December 8, 2014 deadline for defendant Sanchez to file and serve his responsive pleading, as previously set by this court's order filed November 7, 2014 (see ECF No. 38).  Upon resolution of plaintiff's pending motions, the court will set a new deadline for the filing of defendant's responsive pleading.

　　　　　IT IS SO ORDERED.

Dated:  December 2, 2014

DAD:4
heil1120.misc.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE