## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS JOHN HEILMAN,                     No. 2:10-cv-1120 JAM DB P

      Plaintiff,

      vs.                                     **ORDER & WRIT OF HABEAS CORPUS
                                                AD TESTIFICANDUM**

L. SANCHEZ,

      Defendant.

_____/

      Thomas John Heilman, inmate CDCR #H-76785, a necessary and material witness in proceedings in this case on April 4, 2018, is confined in the Correctional Training Facility (CTF), P.O. Box 705, Soledad, CA 93960-0705, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Magistrate Judge Kendall J. Newman, to appear by video-conferencing at the Correctional Training Facility (CTF), on Wednesday, April 4, 2018, at 9:00 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  The Warden, Correctional Training Facility:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:  February 7, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:13
DB/ORDERS/ORDERS.PRISONER.CIVIL RIGHTS/heil1120.841.vc